UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM RANDALL | CIVIL ACTION NO. 14-0947 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| UNITED PETROLEUM TRANSPORTS, INC. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 21) filed by the Defendant, United Petroleum Transports, Inc., be and is hereby **GRANTED**. The Americans with Disabilities Act discrimination claims filed by the Plaintiff, William Randall, be and are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of September, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE